**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| KATHLEEN MCCULLOUGH, EXECUTRIX FOR THE ESTATE OF CORINNE MCCULLOUGH, | : No. 97 WAL 2023 |
| | : |
| | : Petition for Allowance of Appeal |
| Petitioner | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| WASHINGTON COUNTY TAX CLAIM BUREAU, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.